IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| I, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-16168 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff I, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant No. |
|---|---|
| FujunUS | #136 |
| shenghuabaihuodain | #161 |
| Korty | #165 |
| Hysagtek | #167 |
| Memory OU | #180 |
| Nunnik | #187 |
| septo store | #189 |
| Grabetter | #330 |
| hejingus | #335 |
| Space Phone | #365 |

(collectively, "Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

1

2

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 29, 2023 | I, Inc. |
|  | By: /s/ James E. Judge |
|  | Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |