IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| Inoobi, INC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 23-cv-16168<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Inoobi, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant No. |
|---|---|
| always88 | #129 |
| Bysimilai | #150 |
| RRY August | #174 |
| HeJIng General | #321 |
| ksblwqwb | #334 |
| Red Duck | #336 |

.

("Settling Defendants") with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: January 5, 2024　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Inoobi, INC.,

　　　　　　　　　　　　　　　　　　　By: /s/ James E. Judge

　　　　　　　　　　　　　　　　　　　Zareefa B. Flener (IL Bar No. 6281397)
　　　　　　　　　　　　　　　　　　　James E. Judge (IL Bar No. 6243206)
　　　　　　　　　　　　　　　　　　　Flener IP Law, LLC
　　　　　　　　　　　　　　　　　　　77 W. Washington St., Suite 800
　　　　　　　　　　　　　　　　　　　Chicago IL 60602
　　　　　　　　　　　　　　　　　　　jjudge@fleneriplaw.com
　　　　　　　　　　　　　　　　　　　(312) 724-8874