IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| INOOBI, INC,<br>　　　　Plaintiff,<br>　　　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br>　　　　Defendants. | Case No. 23-cv-16168<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Inoobi, Inc, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant No. |
|---|---|
| Adventurer Alliance Store | #124 |
| xiamenhandashengmaoyiyouxiangongsi | #145 |
| Folmywy | #211 |
| zschihao | #214 |
| Zhyvahokim | #217 |
| Niu Tai Store | #219 |
| buyer-mall | #259 |
| chutimonshop | #263 |
| discount-pro | #270 |
| kaka202011 | #281 |
| SZWT General | #319 |
| SLhedian General | #325 |
| PanPan Accessories | #333 |
| Wei Bo Trading Co., Ltd. | #360 |
| Fashion BOYuan | #361 |
| jiangyuzhuo | #185 |

(collectively, "Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 12, 2024 | Inoobi, Inc, |
|  | By: /s/ James E. Judge |

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Patrycia Piaskowski (IL Bar No. 6346239)

Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874