**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

INOOBI, INC.,

                  Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

                  Defendants.

No. 23-cv-16168

Judge Matthew F. Kennelly
Magistrate Judge Jeannice W. Appenteng

**RELEASE AND SATISFACTION OF JUDGMENT**

    Plaintiff Inoobi, Inc. hereby releases Defendant jianguo new2023 (197) pursuant to Local

Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(1) dismissing the named

Defendant from this matter.

  Dated: July 3, 2024

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com