IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INOOBI, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-16168 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Jeannice W. Appenteng |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff Inoobi, Inc., hereby releases Defendant jianguo new2023 (197) pursuant to Local Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(1) dismissing the named Defendant from this matter.

Dated: July 12, 2024

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

1