**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INOOBI, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-16168 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Jeannice W. Appenteng |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiff Inoobi, Inc. hereby releases Defendant Earlysummer (339) pursuant to Local Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(5) dismissing the named Defendant from this matter.

Dated: November 22, 2024

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

1